## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re:  BIANCA, PHILIP CARL <br>     BIANCA, EILEEN MARY <br><br> Debtor(s) | § Case No. 08-70585 <br> § <br> § <br> § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 29, 2008.  The undersigned trustee was appointed on May 14, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         6,601.78

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Administrative expenses | 1,511.21 |
    | Payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Payments to the debtor | 2,000.00 |
    | Leaving a balance on hand of [1] | $         3,090.57 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

    6. The deadline for filing claims in this case was 07/22/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,150.45. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $693.03, for a total compensation of $693.03. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/08/2010     By: /s/JAMES E. STEVENS
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70585  
**Case Name:** BIANCA, PHILIP CARL  
BIANCA, EILEEN MARY  
**Period Ending:** 09/08/10

**Trustee:** (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/29/08 (f)  
**§341(a) Meeting Date:** 04/03/08  
**Claims Bar Date:** 07/22/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | FDebtors' Residence, obe3640 Tamarack Circle, Ad | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account # | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household goods and furnishings | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous sports equipment | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Ownership - Business (1/2 interest) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Ownership - Business Corsair LLC | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Collectables | 30,000.00 | 28,000.00 | | 3,596.84 | FA |
| 9 | INTEREST IN US CAPITAL CORPORATION  (u) | Unknown | 3,000.00 | DA | 3,000.00 | FA |
| 10 | Vacant lot in Prairie Grove  (u) | 125,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.94 | FA |
| **11** | **Assets** **Totals** (Excluding unknown values) | **$887,000.00** | **$31,000.00** | | **$6,601.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2008    **Current Projected Date Of Final Report (TFR):**    September 8, 2010  (Actual)

Case 08-70585    Doc 75    Filed 09/27/10    Entered 09/27/10 16:16:21    Desc Main
Document      Page 4 of 14

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-70585  
**Case Name:** BIANCA, PHILIP CARL  
BIANCA, EILEEN MARY  
**Taxpayer ID #:** **-***0818  
**Period Ending:** 09/08/10  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****49-65 - Money Market Account  
**Blanket Bond:** $166,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/16/08 | {9} | UNITED STATES CAPITAL CORPORATION | PAYMENT FOR STOCK PER ORDER | | 1229-000 | 3,000.00 | | 3,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.15 | | 3,000.15 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 0.32 | | 3,000.47 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 0.23 | | 3,000.70 |
| 12/22/08 | | HOUSE OF TREASURE LLC | SALE OF COLLECTIBLES | | | 183.00 | | 3,183.70 |
| | {8} | | Christopher Reeves | 56.00 | 1110-000 | | | 3,183.70 |
| | | | commission | -22.40 | 3630-000 | | | 3,183.70 |
| | {8} | | Star Trek | 249.00 | 1110-000 | | | 3,183.70 |
| | | | commission | -99.60 | 3630-000 | | | 3,183.70 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.21 | | 3,183.91 |
| 01/08/09 | | House of Treasure LLC | sale of collectibles | | | 323.91 | | 3,507.82 |
| | {8} | | Carrie Fisher | 49.95 | 1110-000 | | | 3,507.82 |
| | | | commission | -19.98 | 3630-000 | | | 3,507.82 |
| | {8} | | Harrison Ford | 89.95 | 1110-000 | | | 3,507.82 |
| | | | commission | -35.98 | 3630-000 | | | 3,507.82 |
| | {8} | | Paul Newman | 149.95 | 1110-000 | | | 3,507.82 |
| | | | commission | -59.98 | 3630-000 | | | 3,507.82 |
| | {8} | | Grace Kelly | 250.00 | 1110-000 | | | 3,507.82 |
| | | | commission | -100.00 | 3630-000 | | | 3,507.82 |
| 01/22/09 | | House of Treasur, LLC | sale of collectibles | | | 213.70 | | 3,721.52 |
| | {8} | | Whitey Ford | 25.00 | 1110-000 | | | 3,721.52 |
| | | | commission | -10.00 | 3630-000 | | | 3,721.52 |
| | {8} | | Chuck Norris | 22.00 | 1110-000 | | | 3,721.52 |
| | | | commission | -8.80 | 3630-000 | | | 3,721.52 |
| | {8} | | Christa Miller | 24.00 | 1110-000 | | | 3,721.52 |
| | | | commission | -9.60 | 3630-000 | | | 3,721.52 |
| | {8} | | Dick Butkus | 29.95 | 1110-000 | | | 3,721.52 |
| | | | postage incentive | -7.42 | 3640-000 | | | 3,721.52 |
| | | | commission | -9.01 | 3630-000 | | | 3,721.52 |
| | {8} | | Duval | 66.00 | 1110-000 | | | 3,721.52 |
| | | | postage incentive | -3.36 | 3640-000 | | | 3,721.52 |
| | | | commission | -25.06 | 3630-000 | | | 3,721.52 |
| | {8} | | Star Trek | 200.00 | 1110-000 | | | 3,721.52 |
| | | | commission | -80.00 | 3630-000 | | | 3,721.52 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.13 | | 3,721.65 |
| 02/16/09 | | House of Treasure LLC | sale of collectibles | | | 233.48 | | 3,955.13 |

Subtotals :     $3,955.13        $0.00

{} Asset reference(s)

Printed: 09/08/2010 07:33 AM     V.12.52

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 08-70585 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** BIANCA, PHILIP CARL | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| BIANCA, EILEEN MARY | **Account:** \*\*\*-\*\*\*\*\*49-65 - Money Market Account |
| **Taxpayer ID #:** \*\*-\*\*\*0818 | **Blanket Bond:** $166,000.00 (per case limit) |
| **Period Ending:** 09/08/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {8} | | Gale Sayers | 65.00 | 1110-000 | | | 3,955.13 |
| | | | commission | -26.00 | 3630-000 | | | 3,955.13 |
| | {8} | | Adolph Hilter | 49.95 | 1110-000 | | | 3,955.13 |
| | {8} | | Muhammed Ali | 175.00 | 1110-000 | | | 3,955.13 |
| | | | postage incentive | -8.98 | 3640-000 | | | 3,955.13 |
| | | | commission | -66.41 | 3630-000 | | | 3,955.13 |
| | | | commission | -19.98 | 3630-000 | | | 3,955.13 |
| | {8} | | Troy Aikman | 99.95 | 1110-000 | | | 3,955.13 |
| | | | postage incentive | -9.78 | 3640-000 | | | 3,955.13 |
| | | | commission | -36.07 | 3630-000 | | | 3,955.13 |
| | {8} | | Three Stooges | 18.00 | 1110-000 | | | 3,955.13 |
| | | | commission | -7.20 | 3630-000 | | | 3,955.13 |
| 02/19/09 | | HOUSE OF TREASURE LLC | SALE OF COLLECTIBLES | | | 57.00 | | 4,012.13 |
| | {8} | | Steve McQueen | 99.95 | 1110-000 | | | 4,012.13 |
| | | | commission | -38.00 | 3630-000 | | | 4,012.13 |
| | | | postage incentive | -4.95 | 3640-000 | | | 4,012.13 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.14 | | 4,012.27 |
| 03/16/09 | | HOUSE OF TREASURE, LLC | sale of collectibles | | | 83.91 | | 4,096.18 |
| | {8} | | George Lukas | 39.95 | 1110-000 | | | 4,096.18 |
| | | | commission | -15.98 | 3630-000 | | | 4,096.18 |
| | {8} | | Eugene Roddenberry | 59.00 | 1110-000 | | | 4,096.18 |
| | | | postage incentive | -3.00 | 3640-000 | | | 4,096.18 |
| | | | commission | -22.40 | 3630-000 | | | 4,096.18 |
| | {8} | | Rebecca DeMorney | 19.95 | 1110-000 | | | 4,096.18 |
| | | | postage incentive | -3.00 | 3640-000 | | | 4,096.18 |
| | | | commission | -6.78 | 3630-000 | | | 4,096.18 |
| | {8} | | Scottie Pippen | 34.95 | 1110-000 | | | 4,096.18 |
| | | | postage incentive | -8.00 | 3640-000 | | | 4,096.18 |
| | | | commission | -10.78 | 3630-000 | | | 4,096.18 |
| 03/31/09 | | House of Treasure LLC | sale of collectibles | | | 62.94 | | 4,159.12 |
| | {8} | | Charlton Heston | 24.95 | 1110-000 | | | 4,159.12 |
| | | | postage incentive | -5.00 | 3640-000 | | | 4,159.12 |
| | | | commission | -7.98 | 3630-000 | | | 4,159.12 |
| | {8} | | Mike Singletary | 24.95 | 1110-000 | | | 4,159.12 |
| | | | postage incentive | -2.95 | 3640-000 | | | 4,159.12 |
| | | | commission | -8.80 | 3630-000 | | | 4,159.12 |
| | {8} | | Dan Hampton | 24.95 | 1110-000 | | | 4,159.12 |

Subtotals :  $203.99    $0.00

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BIANCA, EILEEN MARY | | Account: | ***-*****49-65 - Money Market Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 09/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | postage incentive | -3.00 | 3640-000 | | | 4,159.12 |
| | | | commission | -8.78 | 3630-000 | | | 4,159.12 |
| | {8} | | Clint Eastwood | 51.00 | 1110-000 | | | 4,159.12 |
| | | | postage incentive | -10.00 | 3640-000 | | | 4,159.12 |
| | | | commission | -16.40 | 3630-000 | | | 4,159.12 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.17 | | 4,159.29 |
| 04/27/09 | | House of Treasure, LLC | sale of collectibles | | | 320.45 | | 4,479.74 |
| | {8} | | Mario Andretti | 49.95 | 1110-000 | | | 4,479.74 |
| | | | commission | -19.98 | 3630-000 | | | 4,479.74 |
| | {8} | | Walter Payton | 300.00 | 1110-000 | | | 4,479.74 |
| | | | commission | -120.00 | 3630-000 | | | 4,479.74 |
| | {8} | | Sanders | 25.00 | 1110-000 | | | 4,479.74 |
| | {8} | | Jamie Lee Curtis | 25.00 | 1110-000 | | | 4,479.74 |
| | {8} | | Olivia Newton John | 30.00 | 1110-000 | | | 4,479.74 |
| | {8} | | Jane Fonda | 35.00 | 1110-000 | | | 4,479.74 |
| | {8} | | Nicole Kidman | 18.00 | 1110-000 | | | 4,479.74 |
| | {8} | | Heather Locklear | 8.00 | 1110-000 | | | 4,479.74 |
| | | | commisison | -56.40 | 3630-000 | | | 4,479.74 |
| | {8} | | WWI Memphis Belle | 49.95 | 1110-000 | | | 4,479.74 |
| | | | postage incentive | -7.12 | 3640-000 | | | 4,479.74 |
| | | | commission | -16.95 | 3630-000 | | | 4,479.74 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.17 | | 4,479.91 |
| 05/28/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2009 FOR CASE #08-70585 | | 2300-000 | | 5.60 | 4,474.31 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.17 | | 4,474.48 |
| 06/09/09 | | House of Treasure LLC | sale of collectibles | | | 111.19 | | 4,585.67 |
| | {8} | | Jim McMahon | 24.95 | 1110-000 | | | 4,585.67 |
| | | | commission | -9.98 | 3630-000 | | | 4,585.67 |
| | {8} | | Phoebe Cates | 14.95 | 1110-000 | | | 4,585.67 |
| | | | postage incentive | -2.20 | 3640-000 | | | 4,585.67 |
| | | | commission | -5.18 | 3630-000 | | | 4,585.67 |
| | {8} | | George C. Scott | 24.95 | 1110-000 | | | 4,585.67 |
| | | | postage incentive | -2.20 | 3640-000 | | | 4,585.67 |
| | | | commission | -9.10 | 3630-000 | | | 4,585.67 |
| | {8} | | Farrah Fawcett | 75.00 | 1110-000 | | | 4,585.67 |
| | | | commission | -30.00 | 3630-000 | | | 4,585.67 |

Subtotals : $432.15  $5.60

{} Asset reference(s)  Printed: 09/08/2010 07:33 AM  V.12.52

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BIANCA, EILEEN MARY | | Account: | ***-*****49-65 - Money Market Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 09/08/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | {8} | | Kate Mulgrew | 50.00 | 1110-000 | | | 4,585.67 |
| | | | commission | -20.00 | 3630-000 | | | 4,585.67 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,585.86 |
| 07/13/09 | | House of Treasure | sale of collectibles | | | 52.74 | | 4,638.60 |
| | {8} | | Steven Segal Autograph | 34.95 | 1110-000 | | | 4,638.60 |
| | | | consignment fee | -13.98 | 3630-000 | | | 4,638.60 |
| | {8} | | Charles Bronsn Autograph | 30.00 | 1110-000 | | | 4,638.60 |
| | | | consignment fee | -12.00 | 3630-000 | | | 4,638.60 |
| | {8} | | Richard Petty autograph | 11.00 | 1110-000 | | | 4,638.60 |
| | | | consignment fee | -4.40 | 3630-000 | | | 4,638.60 |
| | {8} | | Sylvester Stallone Autograph | 14.95 | 1110-000 | | | 4,638.60 |
| | | | shipping fee incentive | -3.00 | 3640-000 | | | 4,638.60 |
| | | | consignment fee | -4.78 | 3630-000 | | | 4,638.60 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,638.79 |
| 08/17/09 | | House of Treasure | sale of ebay items | | | 42.71 | | 4,681.50 |
| | {8} | | Steve Martin | 25.00 | 1110-000 | | | 4,681.50 |
| | | | 40% consignment fee Steve Martin Autograph Photo | -10.00 | 3630-000 | | | 4,681.50 |
| | | | 40$ consignment fee Kevin Costner Original Autograph | -9.98 | 3630-000 | | | 4,681.50 |
| | | | 40% consignment fee Jean Claude Van Damme autograph | -8.50 | 3630-000 | | | 4,681.50 |
| | {8} | | Kevin Costner | 24.95 | 1110-000 | | | 4,681.50 |
| | {8} | | Jean Calude Van Damme | 21.24 | 1110-000 | | | 4,681.50 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,681.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,681.88 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,682.07 |
| 11/30/09 | | House of Treasurer LLC | sale of collectibles | | | 87.57 | | 4,769.64 |
| | {8} | | Sean Connery sale | 99.95 | 1110-000 | | | 4,769.64 |
| | | | commission | -39.98 | 3630-000 | | | 4,769.64 |
| | {8} | | Robert Redford sale | 23.00 | 1110-000 | | | 4,769.64 |
| | {8} | | Al Pacino  sale | 23.00 | 1110-000 | | | 4,769.64 |

Subtotals :  $183.97   $0.00

{} Asset reference(s)

Printed: 09/08/2010 07:33 AM    V.12.52

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BIANCA, EILEEN MARY | | Account: | ***-*****49-65 - Money Market Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 09/08/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | consign fee                      -18.40 | 3630-000 | | | 4,769.64 |
| 11/30/09 | | House of Treasure LLC | sale of collectibles | | 46.14 | | 4,815.78 |
| | {8} | | sale of Kim Basinger              9.95 | 1110-000 | | | 4,815.78 |
| | | | consignment fee                  -3.98 | 3630-000 | | | 4,815.78 |
| | {8} | | Sale of Tom Cruise               42.00 | 1110-000 | | | 4,815.78 |
| | | | consignment fee                 -16.80 | 3630-000 | | | 4,815.78 |
| | {8} | | sale of Gene Kelly               24.95 | 1110-000 | | | 4,815.78 |
| | | | consignment fee                  -9.98 | 3630-000 | | | 4,815.78 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.19 | | 4,815.97 |
| 12/22/09 | | House of Treasure | sale of collectibles | | 127.96 | | 4,943.93 |
| | {8} | | Sale of Don Larson Yogi Berra Autograph    124.95 | 1110-000 | | | 4,943.93 |
| | | | free shipping incentive          -11.64 | 3640-000 | | | 4,943.93 |
| | | | 40% consignment fee             -45.32 | 3630-000 | | | 4,943.93 |
| | {8} | | Sale Stan Musical Cardinals Autograph       99.95 | 1110-000 | | | 4,943.93 |
| | | | 40% consignment fee             -39.98 | 3630-000 | | | 4,943.93 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.20 | | 4,944.13 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.19 | | 4,944.32 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.18 | | 4,944.50 |
| 03/23/10 | | House of Treasure | sale of collectibles | | 41.34 | | 4,985.84 |
| | {8} | | sale of Denzel Washington autograph    16.95 | 1110-000 | | | 4,985.84 |
| | | | 40% consignment fee              -6.78 | 3630-000 | | | 4,985.84 |
| | {8} | | sale of Ken Griffey Jr. autograph         50.00 | 1110-000 | | | 4,985.84 |
| | | | shipping fee credit incentive    -8.00 | 3640-000 | | | 4,985.84 |
| | | | 40% consignment fee             -16.80 | 3630-000 | | | 4,985.84 |
| | {8} | | Sharon Stone autograph            9.95 | 1110-000 | | | 4,985.84 |
| | | | 40% consignment fee              -3.98 | 3630-000 | | | 4,985.84 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.22 | | 4,986.06 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.03 | | 4,986.09 |
| 04/06/10 | | Wire out to BNYM account 9200******4965 | Wire out to BNYM account 9200******4965 | 9999-000 | -4,986.09 | | 0.00 |

Subtotals :         $-4,769.64        $0.00

{} Asset reference(s)

Printed: 09/08/2010 07:33 AM    V.12.52

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BIANCA, EILEEN MARY | | Account: | ***-*****49-65 - Money Market Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 09/08/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5.60 | 5.60 | $0.00 |
| | | | Less: Bank Transfers | | -4,986.09 | 0.00 | |
| | | | **Subtotal** | | 4,991.69 | 5.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,991.69** | **$5.60** | |

{} Asset reference(s)

Printed: 09/08/2010 07:33 AM    V.12.52

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| | |
|---|---|
| **Case Number:** 08-70585 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** BIANCA, PHILIP CARL | **Bank Name:** The Bank of New York Mellon |
| BIANCA, EILEEN MARY | **Account:** 9200-******49-65 - Money Market Account |
| **Taxpayer ID #:** **-***0818 | **Blanket Bond:** $166,000.00 (per case limit) |
| **Period Ending:** 09/08/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4965 | Wire in from JPMorgan Chase Bank, N.A. account ********4965 | 9999-000 | 4,986.09 | | 4,986.09 |
| 04/26/10 | | House of Treasure, LLC | sale of collectibles | | 108.00 | | 5,094.09 |
| | {8} | | Star Trek Three Autographs              50.00 | 1110-000 | | | 5,094.09 |
| | | | 40% consignment fee              -20.00 | 3630-000 | | | 5,094.09 |
| | {8} | | sale Pesci & Liotta good fello's autograph              50.00 | 1110-000 | | | 5,094.09 |
| | | | 40% consignment fee              -20.00 | 3630-000 | | | 5,094.09 |
| | {8} | | sales James Stewart Autographed picutre              65.00 | 1110-000 | | | 5,094.09 |
| | | | 40% consignment fee              -26.00 | 3630-000 | | | 5,094.09 |
| | {8} | | sale of Lauren Bacall autographed photo              15.00 | 1110-000 | | | 5,094.09 |
| | | | 40% consignment fee              -6.00 | 3630-000 | | | 5,094.09 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 5,094.32 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,094.63 |
| 06/08/10 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-70585, Bond #016018067 | 2300-000 | | 4.81 | 5,089.82 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,090.11 |
| 07/21/10 | 11003 | Philip and Elena Bianca | exemption in collectibles | 8100-002 | | 2,000.00 | 3,090.11 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 3,090.39 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,090.57 |
| 09/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 3,090.57 |
| 09/08/10 | | To Account #9200******4966 | tranfser to close money market account | 9999-000 | | 3,090.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,095.38 | 5,095.38 | $0.00 |
| | | | Less: Bank Transfers | | 4,986.09 | 3,090.57 | |
| | | | **Subtotal** | | 109.29 | 2,004.81 | |
| | | | Less: Payments to Debtors | | | 2,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$109.29** | **$4.81** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| **Case Number:** | 08-70585 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | BIANCA, PHILIP CARL | | **Bank Name:** | The Bank of New York Mellon |
| | BIANCA, EILEEN MARY | | **Account:** | 9200-******49-66 - Checking Account |
| **Taxpayer ID #:** | **-***0818 | | **Blanket Bond:** | $166,000.00 (per case limit) |
| **Period Ending:** | 09/08/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/10 | | From Account #9200******4965 | tranfser to close money market account | 9999-000 | 3,090.57 | | 3,090.57 |
| | | | **ACCOUNT TOTALS** | | 3,090.57 | 0.00 | $3,090.57 |
| | | | Less: Bank Transfers | | 3,090.57 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****49-65** | 4,991.69 | 5.60 | 0.00 |
| **MMA # 9200-******49-65** | 109.29 | 4.81 | 0.00 |
| **Checking # 9200-******49-66** | 0.00 | 0.00 | 3,090.57 |
| | $5,100.98 | $10.41 | $3,090.57 |

{} Asset reference(s)     Printed: 09/08/2010 07:33 AM   V.12.52

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-70585
Case Name: BIANCA, PHILIP CARL
Trustee Name: JAMES E. STEVENS

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*

                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JAMES E. STEVENS | $ 693.03 | $ |
| Attorney for trustee | Barrick, Switzer Law Firm | $ 2,397.54 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*               *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 464,620.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Capital Recovery One/Capital One Installment | $ 895.09 | $ 0.00 |
| 3 | Capital Recovery One/Capital One Installment | $ 225.31 | $ 0.00 |
| 4 | Capital Recovery One/Capital One Installment | $ 520.02 | $ 0.00 |
| 5 | Discover Bank/DFS Services LLC | $ 11,606.60 | $ 0.00 |
| 6 | TARGET NATIONAL BANK | $ 264.12 | $ 0.00 |
| 7 | Capital Recovery One/Capital One Installment | $ 27,311.87 | $ 0.00 |
| 8 | Rbs Citizens, N.A | $ 4,866.34 | $ 0.00 |
| 10 -2 | Al Treu | $ 105,000.00 | $ 0.00 |
| 11 | American Express Bank FSB | $ 2,854.49 | $ 0.00 |
| | American Express Travel | | |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 12 | Related Svcs Co | $ 15,410.58 | $ 0.00 |
| 13 | American Express Bank FSB | $ 30,224.64 | $ 0.00 |
| 14 | LVNV Funding LLC | $ 2,586.67 | $ 0.00 |
| 15U | Midwest Bank & Trust Company | $ 171,947.06 | $ 0.00 |
| 16 | LVNV Funding LLC | $ 15,730.72 | $ 0.00 |
| 17 | eCAST Settlement Corporation assignee of | $ 461.67 | $ 0.00 |
| 18 -2 | eCAST Settlement Corporation assignee of | $ 76.00 | $ 0.00 |
| 19 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 20,679.82 | $ 0.00 |
| 20 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 21,558.72 | $ 0.00 |
| 21 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 32,400.90 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**