**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BIANCA, PHILIP CARL | §  Case No. 08-70585 |
| BIANCA, EILEEN MARY | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $857,000.00 *(without deducting any secured claims)* | Assets Exempt: $3,000.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $638,372.17 |
| Total Expenses of Administration: $4,601.78 | |

3) Total gross receipts of $ 6,601.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,000.00 (see **Exhibit 2**), yielded net receipts of $4,601.78 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $769,020.21 | $285,866.62 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 6,641.66 | 6,641.66 | 4,601.78 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 173,751.55 | 464,620.62 | 464,620.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | $942,771.76 | $757,128.90 | $471,262.28 | $4,601.78 |

4) This case was originally filed under Chapter 7 on February 29, 2008. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2010        By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,150.45 | 1,150.45 | 693.03 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 3,980.00 | 3,980.00 | 2,397.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.60 | 5.60 | 5.60 |
| House of Treasure LLC | 3630-000 | N/A | 9.98 | 9.98 | 9.98 |
| House of Treasure, LLC | 3630-000 | N/A | 19.98 | 19.98 | 19.98 |
| House of Treasure LLC | 3640-000 | N/A | 5.00 | 5.00 | 5.00 |
| HOUSE OF TREASURE LLC | 3630-000 | N/A | 22.40 | 22.40 | 22.40 |
| House of Treasure LLC | 3630-000 | N/A | 19.98 | 19.98 | 19.98 |
| House of Treasur, LLC | 3630-000 | N/A | 10.00 | 10.00 | 10.00 |
| House of Treasure LLC | 3630-000 | N/A | 26.00 | 26.00 | 26.00 |
| HOUSE OF TREASURE LLC | 3630-000 | N/A | 38.00 | 38.00 | 38.00 |
| HOUSE OF TREASURE, LLC | 3630-000 | N/A | 15.98 | 15.98 | 15.98 |
| House of Treasure | 3630-000 | N/A | 13.98 | 13.98 | 13.98 |
| House of Treasure | 3630-000 | N/A | 12.00 | 12.00 | 12.00 |
| House of Treasure | 3630-000 | N/A | 4.40 | 4.40 | 4.40 |
| House of Treasure | 3640-000 | N/A | 3.00 | 3.00 | 3.00 |
| House of Treasure | 3630-000 | N/A | 4.78 | 4.78 | 4.78 |
| House of Treasure | 3630-000 | N/A | 10.00 | 10.00 | 10.00 |
| House of Treasure | 3630-000 | N/A | 9.98 | 9.98 | 9.98 |
| House of Treasure | 3630-000 | N/A | 8.50 | 8.50 | 8.50 |
| House of Treasure LLC | 3640-000 | N/A | 8.98 | 8.98 | 8.98 |
| House of Treasure LLC | 3630-000 | N/A | 66.41 | 66.41 | 66.41 |
| House of Treasure LLC | 3630-000 | N/A | 19.98 | 19.98 | 19.98 |
| House of Treasure LLC | 3640-000 | N/A | 9.78 | 9.78 | 9.78 |
| House of Treasure LLC | 3630-000 | N/A | 36.07 | 36.07 | 36.07 |
| House of Treasure LLC | 3630-000 | N/A | 7.20 | 7.20 | 7.20 |
| House of Treasure LLC | 3630-000 | N/A | 35.98 | 35.98 | 35.98 |
| House of Treasure LLC | 3630-000 | N/A | 59.98 | 59.98 | 59.98 |
| House of Treasure LLC | 3630-000 | N/A | 100.00 | 100.00 | 100.00 |
| HOUSE OF TREASURE LLC | 3640-000 | N/A | 4.95 | 4.95 | 4.95 |

**UST Form 101-7-TDR (10/1/2010)**

| Creditor | Code | Ref | Amount | Amount | Amount |
|---|---|---|---:|---:|---:|
| House of Treasure LLC | 3630-000 | N/A | 7.98 | 7.98 | 7.98 |
| House of Treasure LLC | 3640-000 | N/A | 2.95 | 2.95 | 2.95 |
| House of Treasure LLC | 3630-000 | N/A | 8.80 | 8.80 | 8.80 |
| House of Treasure LLC | 3640-000 | N/A | 3.00 | 3.00 | 3.00 |
| House of Treasure LLC | 3630-000 | N/A | 8.78 | 8.78 | 8.78 |
| House of Treasure LLC | 3640-000 | N/A | 10.00 | 10.00 | 10.00 |
| House of Treasure LLC | 3630-000 | N/A | 16.40 | 16.40 | 16.40 |
| House of Treasure, LLC | 3630-000 | N/A | 120.00 | 120.00 | 120.00 |
| House of Treasure, LLC | 3630-000 | N/A | 56.40 | 56.40 | 56.40 |
| House of Treasure, LLC | 3640-000 | N/A | 7.12 | 7.12 | 7.12 |
| House of Treasure, LLC | 3630-000 | N/A | 16.95 | 16.95 | 16.95 |
| HOUSE OF TREASURE, LLC | 3640-000 | N/A | 3.00 | 3.00 | 3.00 |
| HOUSE OF TREASURE, LLC | 3630-000 | N/A | 22.40 | 22.40 | 22.40 |
| HOUSE OF TREASURE, LLC | 3640-000 | N/A | 3.00 | 3.00 | 3.00 |
| HOUSE OF TREASURE, LLC | 3630-000 | N/A | 6.78 | 6.78 | 6.78 |
| HOUSE OF TREASURE, LLC | 3640-000 | N/A | 8.00 | 8.00 | 8.00 |
| HOUSE OF TREASURE, LLC | 3630-000 | N/A | 10.78 | 10.78 | 10.78 |
| House of Treasure LLC | 3640-000 | N/A | 2.20 | 2.20 | 2.20 |
| House of Treasure LLC | 3630-000 | N/A | 5.18 | 5.18 | 5.18 |
| House of Treasure LLC | 3640-000 | N/A | 2.20 | 2.20 | 2.20 |
| House of Treasure LLC | 3630-000 | N/A | 9.10 | 9.10 | 9.10 |
| House of Treasure LLC | 3630-000 | N/A | 30.00 | 30.00 | 30.00 |
| House of Treasure LLC | 3630-000 | N/A | 20.00 | 20.00 | 20.00 |
| House of Treasur, LLC | 3630-000 | N/A | 8.80 | 8.80 | 8.80 |
| House of Treasur, LLC | 3630-000 | N/A | 9.60 | 9.60 | 9.60 |
| House of Treasur, LLC | 3640-000 | N/A | 7.42 | 7.42 | 7.42 |
| House of Treasur, LLC | 3630-000 | N/A | 9.01 | 9.01 | 9.01 |
| House of Treasur, LLC | 3640-000 | N/A | 3.36 | 3.36 | 3.36 |
| House of Treasur, LLC | 3630-000 | N/A | 25.06 | 25.06 | 25.06 |
| House of Treasur, LLC | 3630-000 | N/A | 80.00 | 80.00 | 80.00 |
| HOUSE OF TREASURE LLC | 3630-000 | N/A | 99.60 | 99.60 | 99.60 |
| House of Treasurer LLC | 3630-000 | N/A | 39.98 | 39.98 | 39.98 |
| House of Treasurer LLC | 3630-000 | N/A | 18.40 | 18.40 | 18.40 |
| House of Treasure LLC | 3630-000 | N/A | 3.98 | 3.98 | 3.98 |
| House of Treasure LLC | 3630-000 | N/A | 16.80 | 16.80 | 16.80 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| House of Treasure LLC | 3630-000 | N/A | 9.98 | 9.98 | 9.98 |
| House of Treasure | 3640-000 | N/A | 11.64 | 11.64 | 11.64 |
| House of Treasure | 3630-000 | N/A | 45.32 | 45.32 | 45.32 |
| House of Treasure | 3630-000 | N/A | 39.98 | 39.98 | 39.98 |
| House of Treasure | 3630-000 | N/A | 6.78 | 6.78 | 6.78 |
| House of Treasure | 3640-000 | N/A | 8.00 | 8.00 | 8.00 |
| House of Treasure | 3630-000 | N/A | 16.80 | 16.80 | 16.80 |
| House of Treasure | 3630-000 | N/A | 3.98 | 3.98 | 3.98 |
| House of Treasure, LLC | 3630-000 | N/A | 20.00 | 20.00 | 20.00 |
| House of Treasure, LLC | 3630-000 | N/A | 20.00 | 20.00 | 20.00 |
| House of Treasure, LLC | 3630-000 | N/A | 26.00 | 26.00 | 26.00 |
| House of Treasure, LLC | 3630-000 | N/A | 6.00 | 6.00 | 6.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.81 | 4.81 | 4.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,641.66 | 6,641.66 | 4,601.78 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital Recovery One/Capital One Installment | 7100-000 | N/A | 895.09 | 895.09 | 0.00 |
| 3 | Capital Recovery One/Capital One Installment | 7100-000 | N/A | 225.31 | 225.31 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Capital Recovery One/Capital One Installment | 7100-000 | N/A | 520.02 | 520.02 | 0.00 |
| 5 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 11,606.60 | 11,606.60 | 0.00 |
| 6 | TARGET NATIONAL BANK | 7100-000 | N/A | 264.12 | 264.12 | 0.00 |
| 7 | Capital Recovery One/Capital One Installment | 7100-000 | N/A | 27,311.87 | 27,311.87 | 0.00 |
| 8 | Rbs Citizens, N.A | 7100-000 | N/A | 4,866.34 | 4,866.34 | 0.00 |
| 10 -2 | Al Treu | 7100-000 | N/A | 105,000.00 | 105,000.00 | 0.00 |
| 11 | American Express Bank FSB | 7100-000 | N/A | 2,854.49 | 2,854.49 | 0.00 |
| 12 | American Express Travel Related Svcs Co | 7100-000 | N/A | 15,410.58 | 15,410.58 | 0.00 |
| 13 | American Express Bank FSB | 7100-000 | N/A | 30,224.64 | 30,224.64 | 0.00 |
| 14 | LVNV Funding LLC | 7100-000 | N/A | 2,586.67 | 2,586.67 | 0.00 |
| 15U | Midwest Bank & Trust Company | 7100-000 | N/A | 171,947.06 | 171,947.06 | 0.00 |
| 16 | LVNV Funding LLC | 7100-000 | N/A | 15,730.72 | 15,730.72 | 0.00 |
| 17 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 461.67 | 461.67 | 0.00 |
| 18 -2 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 76.00 | 76.00 | 0.00 |
| 19 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 20,679.82 | 20,679.82 | 0.00 |
| 20 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 21,558.72 | 21,558.72 | 0.00 |
| 21 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 32,400.90 | 32,400.90 | 0.00 |
| 22 | Meister Classic Builders, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Capital One | 7100-000 | 29,780.49 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 12,717.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 17,963.37 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 9,917.40 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Bank | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Capital One | 7100-000 | 26,777.64 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 4,565.46 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 14,865.21 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 7100-000 | 13,882.56 | N/A | N/A | 0.00 |
| NOTFILED | Discover | 7100-000 | 8,292.95 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 8,914.90 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial | 7100-000 | 6,966.23 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 14,185.20 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,923.14 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 173,751.55 | 464,620.62 | 464,620.62 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-70585
Case Name: BIANCA, PHILIP CARL
BIANCA, EILEEN MARY
Period Ending: 12/21/10

Trustee: (330420) JAMES E. STEVENS
Filed (f) or Converted (c): 02/29/08 (f)
§341(a) Meeting Date: 04/03/08
Claims Bar Date: 07/22/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FDebtors' Residence, obe3640 Tamarack Circle, Ad | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account # | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household goods and furnishings | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous sports equipment | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Ownership - Business (1/2 interest) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Ownership - Business Corsair LLC | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Collectables | 30,000.00 | 28,000.00 | | 3,596.84 | FA |
| 9 | INTEREST IN US CAPITAL CORPORATION (u) | Unknown | 3,000.00 | DA | 3,000.00 | FA |
| 10 | Vacant lot in Prairie Grove (u) | 125,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.94 | FA |
| 11 | Assets Totals (Excluding unknown values) | $887,000.00 | $31,000.00 | | $6,601.78 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): December 31, 2008    Current Projected Date Of Final Report (TFR): September 8, 2010 (Actual)

Printed: 12/21/2010 01:59 PM    V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BIANCA, EILEEN MARY | | Account: | ***-*****49-65 - Money Market Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/16/08 | {9} | UNITED STATES CAPITAL CORPORATION | PAYMENT FOR STOCK PER ORDER | | 1229-000 | 3,000.00 | | 3,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.15 | | 3,000.15 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 0.32 | | 3,000.47 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 0.23 | | 3,000.70 |
| 12/22/08 | | HOUSE OF TREASURE LLC | SALE OF COLLECTIBLES | | | 183.00 | | 3,183.70 |
| | {8} | | Christopher Reeves | 56.00 | 1110-000 | | | 3,183.70 |
| | | | commission | -22.40 | 3630-000 | | | 3,183.70 |
| | {8} | | Star Trek | 249.00 | 1110-000 | | | 3,183.70 |
| | | | commission | -99.60 | 3630-000 | | | 3,183.70 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.21 | | 3,183.91 |
| 01/08/09 | | House of Treasure LLC | sale of collectibles | | | 323.91 | | 3,507.82 |
| | {8} | | Carrie Fisher | 49.95 | 1110-000 | | | 3,507.82 |
| | | | commission | -19.98 | 3630-000 | | | 3,507.82 |
| | {8} | | Harrison Ford | 89.95 | 1110-000 | | | 3,507.82 |
| | | | commission | -35.98 | 3630-000 | | | 3,507.82 |
| | {8} | | Paul Newman | 149.95 | 1110-000 | | | 3,507.82 |
| | | | commission | -59.98 | 3630-000 | | | 3,507.82 |
| | {8} | | Grace Kelly | 250.00 | 1110-000 | | | 3,507.82 |
| | | | commission | -100.00 | 3630-000 | | | 3,507.82 |
| 01/22/09 | | House of Treasur, LLC | sale of collectibles | | | 213.70 | | 3,721.52 |
| | {8} | | Whitey Ford | 25.00 | 1110-000 | | | 3,721.52 |
| | | | commission | -10.00 | 3630-000 | | | 3,721.52 |
| | {8} | | Chuck Norris | 22.00 | 1110-000 | | | 3,721.52 |
| | | | commission | -8.80 | 3630-000 | | | 3,721.52 |
| | {8} | | Christa Miller | 24.00 | 1110-000 | | | 3,721.52 |
| | | | commission | -9.60 | 3630-000 | | | 3,721.52 |
| | {8} | | Dick Butkus | 29.95 | 1110-000 | | | 3,721.52 |
| | | | postage incentive | -7.42 | 3640-000 | | | 3,721.52 |
| | | | commission | -9.01 | 3630-000 | | | 3,721.52 |
| | {8} | | Duval | 66.00 | 1110-000 | | | 3,721.52 |
| | | | postage incentive | -3.36 | 3640-000 | | | 3,721.52 |
| | | | commission | -25.06 | 3630-000 | | | 3,721.52 |
| | {8} | | Star Trek | 200.00 | 1110-000 | | | 3,721.52 |
| | | | commission | -80.00 | 3630-000 | | | 3,721.52 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.13 | | 3,721.65 |
| 02/16/09 | | House of Treasure LLC | sale of collectibles | | | 233.48 | | 3,955.13 |

Subtotals: $3,955.13 $0.00

{} Asset reference(s)

Printed: 12/21/2010 01:59 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BIANCA, EILEEN MARY | | Account: | ***-*****49-65 - Money Market Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {8} | | Gale Sayers | 65.00 | 1110-000 | | | 3,955.13 |
| | | | commission | -26.00 | 3630-000 | | | 3,955.13 |
| | {8} | | Adolph Hilter | 49.95 | 1110-000 | | | 3,955.13 |
| | {8} | | Muhammed Ali | 175.00 | 1110-000 | | | 3,955.13 |
| | | | postage incentive | -8.98 | 3640-000 | | | 3,955.13 |
| | | | commission | -66.41 | 3630-000 | | | 3,955.13 |
| | | | commission | -19.98 | 3630-000 | | | 3,955.13 |
| | {8} | | Troy Aikman | 99.95 | 1110-000 | | | 3,955.13 |
| | | | postage incentive | -9.78 | 3640-000 | | | 3,955.13 |
| | | | commission | -36.07 | 3630-000 | | | 3,955.13 |
| | {8} | | Three Stooges | 18.00 | 1110-000 | | | 3,955.13 |
| | | | commission | -7.20 | 3630-000 | | | 3,955.13 |
| 02/19/09 | | HOUSE OF TREASURE LLC | SALE OF COLLECTIBLES | | | 57.00 | | 4,012.13 |
| | {8} | | Steve McQueen | 99.95 | 1110-000 | | | 4,012.13 |
| | | | commission | -38.00 | 3630-000 | | | 4,012.13 |
| | | | postage incentive | -4.95 | 3640-000 | | | 4,012.13 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.14 | | 4,012.27 |
| 03/16/09 | | HOUSE OF TREASURE, LLC | sale of collectibles | | | 83.91 | | 4,096.18 |
| | {8} | | George Lukas | 39.95 | 1110-000 | | | 4,096.18 |
| | | | commission | -15.98 | 3630-000 | | | 4,096.18 |
| | {8} | | Eugene Roddenberry | 59.00 | 1110-000 | | | 4,096.18 |
| | | | postage incentive | -3.00 | 3640-000 | | | 4,096.18 |
| | | | commission | -22.40 | 3630-000 | | | 4,096.18 |
| | {8} | | Rebecca DeMorney | 19.95 | 1110-000 | | | 4,096.18 |
| | | | postage incentive | -3.00 | 3640-000 | | | 4,096.18 |
| | | | commission | -6.78 | 3630-000 | | | 4,096.18 |
| | {8} | | Scottie Pippen | 34.95 | 1110-000 | | | 4,096.18 |
| | | | postage incentive | -8.00 | 3640-000 | | | 4,096.18 |
| | | | commission | -10.78 | 3630-000 | | | 4,096.18 |
| 03/31/09 | | House of Treasure LLC | sale of collectibles | | | 62.94 | | 4,159.12 |
| | {8} | | Charlton Heston | 24.95 | 1110-000 | | | 4,159.12 |
| | | | postage incentive | -5.00 | 3640-000 | | | 4,159.12 |
| | | | commission | -7.98 | 3630-000 | | | 4,159.12 |
| | {8} | | Mike Singletary | 24.95 | 1110-000 | | | 4,159.12 |
| | | | postage incentive | -2.95 | 3640-000 | | | 4,159.12 |
| | | | commission | -8.80 | 3630-000 | | | 4,159.12 |
| | {8} | | Dan Hampton | 24.95 | 1110-000 | | | 4,159.12 |

Subtotals: $203.99   $0.00

{} Asset reference(s)   Printed: 12/21/2010 01:59 PM   V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BIANCA, EILEEN MARY | | Account: | ***-*****49-65 - Money Market Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | postage incentive | -3.00 | 3640-000 | | | 4,159.12 |
| | | | commission | -8.78 | 3630-000 | | | 4,159.12 |
| | {8} | | Clint Eastwood | 51.00 | 1110-000 | | | 4,159.12 |
| | | | postage incentive | -10.00 | 3640-000 | | | 4,159.12 |
| | | | commission | -16.40 | 3630-000 | | | 4,159.12 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.17 | | 4,159.29 |
| 04/27/09 | | House of Treasure, LLC | sale of collectibles | | | 320.45 | | 4,479.74 |
| | {8} | | Mario Andretti | 49.95 | 1110-000 | | | 4,479.74 |
| | | | commission | -19.98 | 3630-000 | | | 4,479.74 |
| | {8} | | Walter Payton | 300.00 | 1110-000 | | | 4,479.74 |
| | | | commission | -120.00 | 3630-000 | | | 4,479.74 |
| | {8} | | Sanders | 25.00 | 1110-000 | | | 4,479.74 |
| | {8} | | Jamie Lee Curtis | 25.00 | 1110-000 | | | 4,479.74 |
| | {8} | | Olivia Newton John | 30.00 | 1110-000 | | | 4,479.74 |
| | {8} | | Jane Fonda | 35.00 | 1110-000 | | | 4,479.74 |
| | {8} | | Nicole Kidman | 18.00 | 1110-000 | | | 4,479.74 |
| | {8} | | Heather Locklear | 8.00 | 1110-000 | | | 4,479.74 |
| | | | commisison | -56.40 | 3630-000 | | | 4,479.74 |
| | {8} | | WWI Memphis Belle | 49.95 | 1110-000 | | | 4,479.74 |
| | | | postage incentive | -7.12 | 3640-000 | | | 4,479.74 |
| | | | commission | -16.95 | 3630-000 | | | 4,479.74 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.17 | | 4,479.91 |
| 05/28/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2009 FOR CASE #08-70585 | | 2300-000 | | 5.60 | 4,474.31 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.17 | | 4,474.48 |
| 06/09/09 | | House of Treasure LLC | sale of collectibles | | | 111.19 | | 4,585.67 |
| | | | Jim McMahon | 24.95 | 1110-000 | | | 4,585.67 |
| | | | commission | -9.98 | 3630-000 | | | 4,585.67 |
| | {8} | | Phoebe Cates | 14.95 | 1110-000 | | | 4,585.67 |
| | | | postage incentive | -2.20 | 3640-000 | | | 4,585.67 |
| | | | commission | -5.18 | 3630-000 | | | 4,585.67 |
| | {8} | | George C. Scott | 24.95 | 1110-000 | | | 4,585.67 |
| | | | postage incentive | -2.20 | 3640-000 | | | 4,585.67 |
| | | | commission | -9.10 | 3630-000 | | | 4,585.67 |
| | {8} | | Farrah Fawcett | 75.00 | 1110-000 | | | 4,585.67 |
| | | | commission | -30.00 | 3630-000 | | | 4,585.67 |

Subtotals: $432.15 $5.60

{} Asset reference(s)

Printed: 12/21/2010 01:59 PM V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BIANCA, EILEEN MARY | | Account: | \*\*\*-\*\*\*\*\*49-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*0818 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {8} | | Kate Mulgrew | 50.00 | 1110-000 | | | 4,585.67 |
| | | | commission | -20.00 | 3630-000 | | | 4,585.67 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,585.86 |
| 07/13/09 | | House of Treasure | sale of collectibles | | | 52.74 | | 4,638.60 |
| | {8} | | Steven Segal Autograph | 34.95 | 1110-000 | | | 4,638.60 |
| | | | consignment fee | -13.98 | 3630-000 | | | 4,638.60 |
| | {8} | | Charles Bronsn Autograph | 30.00 | 1110-000 | | | 4,638.60 |
| | | | consignment fee | -12.00 | 3630-000 | | | 4,638.60 |
| | {8} | | Richard Petty autograph | 11.00 | 1110-000 | | | 4,638.60 |
| | | | consignment fee | -4.40 | 3630-000 | | | 4,638.60 |
| | {8} | | Sylvester Stallone Autograph | 14.95 | 1110-000 | | | 4,638.60 |
| | | | shipping fee incentive | -3.00 | 3640-000 | | | 4,638.60 |
| | | | consignment fee | -4.78 | 3630-000 | | | 4,638.60 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,638.79 |
| 08/17/09 | | House of Treasure | sale of ebay items | | | 42.71 | | 4,681.50 |
| | {8} | | Steve Martin | 25.00 | 1110-000 | | | 4,681.50 |
| | | | 40% consignment fee Steve Martin Autograph Photo | -10.00 | 3630-000 | | | 4,681.50 |
| | | | 40$ consignment fee Kevin Costner Original Autograph | -9.98 | 3630-000 | | | 4,681.50 |
| | | | 40% consignment fee Jean Claude Van Damme autograph | -8.50 | 3630-000 | | | 4,681.50 |
| | {8} | | Kevin Costner | 24.95 | 1110-000 | | | 4,681.50 |
| | {8} | | Jean Calude Van Damme | 21.24 | 1110-000 | | | 4,681.50 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,681.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,681.88 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,682.07 |
| 11/30/09 | | House of Treasurer LLC | sale of collectibles | | | 87.57 | | 4,769.64 |
| | {8} | | Sean Connery sale | 99.95 | 1110-000 | | | 4,769.64 |
| | | | commission | -39.98 | 3630-000 | | | 4,769.64 |
| | {8} | | Robert Redford sale | 23.00 | 1110-000 | | | 4,769.64 |
| | {8} | | Al Pacino sale | 23.00 | 1110-000 | | | 4,769.64 |

Subtotals:  $183.97   $0.00

{} Asset reference(s)

Printed: 12/21/2010 01:59 PM   V.12.54

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BIANCA, EILEEN MARY | | Account: | ***-*****49-65 - Money Market Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | consign fee | -18.40 | 3630-000 | | | 4,769.64 |
| 11/30/09 | | House of Treasure LLC | sale of collectibles | | | 46.14 | | 4,815.78 |
| | {8} | | sale of Kim Basinger | 9.95 | 1110-000 | | | 4,815.78 |
| | | | consignment fee | -3.98 | 3630-000 | | | 4,815.78 |
| | {8} | | Sale of Tom Cruise | 42.00 | 1110-000 | | | 4,815.78 |
| | | | consignment fee | -16.80 | 3630-000 | | | 4,815.78 |
| | {8} | | sale of Gene Kelly | 24.95 | 1110-000 | | | 4,815.78 |
| | | | consignment fee | -9.98 | 3630-000 | | | 4,815.78 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,815.97 |
| 12/22/09 | | House of Treasure | sale of collectibles | | | 127.96 | | 4,943.93 |
| | {8} | | Sale of Don Larson Yogi Berra Autograph | 124.95 | 1110-000 | | | 4,943.93 |
| | | | free shipping incentive | -11.64 | 3640-000 | | | 4,943.93 |
| | | | 40% consignment fee | -45.32 | 3630-000 | | | 4,943.93 |
| | {8} | | Sale Stan Musical Cardinals Autograph | 99.95 | 1110-000 | | | 4,943.93 |
| | | | 40% consignment fee | -39.98 | 3630-000 | | | 4,943.93 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.20 | | 4,944.13 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,944.32 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.18 | | 4,944.50 |
| 03/23/10 | | House of Treasure | sale of collectibles | | | 41.34 | | 4,985.84 |
| | {8} | | sale of Denzel Washington autograph | 16.95 | 1110-000 | | | 4,985.84 |
| | | | 40% consignment fee | -6.78 | 3630-000 | | | 4,985.84 |
| | {8} | | sale of Ken Griffey Jr. autograph | 50.00 | 1110-000 | | | 4,985.84 |
| | | | shipping fee credit incentive | -8.00 | 3640-000 | | | 4,985.84 |
| | | | 40% consignment fee | -16.80 | 3630-000 | | | 4,985.84 |
| | {8} | | Sharon Stone autograph | 9.95 | 1110-000 | | | 4,985.84 |
| | | | 40% consignment fee | -3.98 | 3630-000 | | | 4,985.84 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.22 | | 4,986.06 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.03 | | 4,986.09 |
| 04/06/10 | | Wire out to BNYM account 9200******4965 | Wire out to BNYM account 9200******4965 | | 9999-000 | -4,986.09 | | 0.00 |

Subtotals : $-4,769.64    $0.00

{} Asset reference(s)

Printed: 12/21/2010 01:59 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BIANCA, EILEEN MARY | | Account: | ***-*****49-65 - Money Market Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5.60 | 5.60 | $0.00 |
| | | | Less: Bank Transfers | | -4,986.09 | 0.00 | |
| | | | Subtotal | | 4,991.69 | 5.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,991.69 | $5.60 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | The Bank of New York Mellon |
| | BIANCA, EILEEN MARY | | Account: | 9200-******49-65 - Money Market Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4965 | Wire in from JPMorgan Chase Bank, N.A. account ********4965 | 9999-000 | 4,986.09 | | 4,986.09 |
| 04/26/10 | | House of Treasure, LLC | sale of collectibles | | 108.00 | | 5,094.09 |
| | {8} | | Star Trek Three Autographs    50.00 | 1110-000 | | | 5,094.09 |
| | | | 40% consignment fee    -20.00 | 3630-000 | | | 5,094.09 |
| | {8} | | sale Pesci & Liotta good fello's autograph    50.00 | 1110-000 | | | 5,094.09 |
| | | | 40% consignment fee    -20.00 | 3630-000 | | | 5,094.09 |
| | {8} | | sales James Stewart Autographed picutre    65.00 | 1110-000 | | | 5,094.09 |
| | | | 40% consignment fee    -26.00 | 3630-000 | | | 5,094.09 |
| | {8} | | sale of Lauren Bacall autographed photo    15.00 | 1110-000 | | | 5,094.09 |
| | | | 40% consignment fee    -6.00 | 3630-000 | | | 5,094.09 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 5,094.32 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,094.63 |
| 06/08/10 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-70585, Bond #016018067 | 2300-000 | | 4.81 | 5,089.82 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,090.11 |
| 07/21/10 | 11003 | Philip and Elena Bianca | exemption in collectibles | 8100-002 | | 2,000.00 | 3,090.11 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 3,090.39 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,090.57 |
| 09/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 3,090.57 |
| 09/08/10 | | To Account #9200******4966 | tranfser to close money market account | 9999-000 | | 3,090.57 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,095.38 | 5,095.38 | $0.00 |
| | | | Less: Bank Transfers | | 4,986.09 | 3,090.57 | |
| | | | Subtotal | | 109.29 | 2,004.81 | |
| | | | Less: Payments to Debtors | | | 2,000.00 | |
| | | | NET Receipts / Disbursements | | $109.29 | $4.81 | |

{} Asset reference(s)    Printed: 12/21/2010 01:59 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 08-70585 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BIANCA, PHILIP CARL | | Bank Name: | The Bank of New York Mellon |
| | BIANCA, EILEEN MARY | | Account: | 9200-******49-66 - Checking Account |
| Taxpayer ID #: | **-***0818 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/10 | | From Account #9200******4965 | tranfser to close money market account | 9999-000 | 3,090.57 | | 3,090.57 |
| 11/03/10 | 101 | Barrick, Switzer Law Firm | Dividend paid 60.23% on $3,980.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,397.54 | 693.03 |
| 11/03/10 | 102 | JAMES E. STEVENS | Dividend paid 60.23% on $1,150.45, Trustee Compensation; Reference: | 2100-000 | | 693.03 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 3,090.57 | 3,090.57 | $0.00 |
| Less: Bank Transfers | | 3,090.57 | 0.00 | |
| Subtotal | | 0.00 | 3,090.57 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $3,090.57 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****49-65 | 4,991.69 | 5.60 | 0.00 |
| MMA # 9200-******49-65 | 109.29 | 4.81 | 0.00 |
| Checking # 9200-******49-66 | 0.00 | 3,090.57 | 0.00 |
| | $5,100.98 | $3,100.98 | $0.00 |

{} Asset reference(s)                                                                            Printed: 12/21/2010 01:59 PM    V.12.54

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**08-70585**
**BIANCA, PHILIP CARL, DEBTOR**
JAMES E STEVENS (0000330420)
TRUSTEE
6833 STALTER DRIVE
ROCKFORD, IL 61108

**Statement Period**
November 1 - November 30, 2010

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92000097004966 | | $3,090.57 | $0.00 |
| **Total** | | $3,090.57 | $0.00 |

### Important Information Regarding Your Account

ON DECEMBER 24TH, CHRISTMAS EVE, AND DECEMBER 31ST, NEW YEARS EVE, THE BMS BANKING CENTER WILL BE CLOSED. BNY MELLON WILL BE OPEN FOR PROCESSING AND ANY BANKING TRANSACTIONS CONDUCTED ON THESE DAYS WILL BE POSTED FOLLOWING THE NORMAL BANK DEADLINES. THE BMS BANKING CENTER IS AVAILABLE MONDAY - FRIDAY FROM 8AM TO 8PM ET AT (800) 634-7734, OPTION 8.

**As of November 30, 2010, the funds for this case were on deposit in the following institutions as shown below:**
Citi                                           $0.00
**Grand Total:**                          **$0.00**

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
November 1 - November 30, 2010

**08-70585**
**BIANCA, PHILIP CARL, DEBTOR**
**JAMES E STEVENS (0000330420)**

## CHECKING ACCOUNT SUMMARY                                                        Account No. 920000097004966

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $3,090.57 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 2 | $(3,090.57) |
| **Ending Balance** | 2 | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/04 | CHECK # 0000000101 | $(2,397.54) |  | $693.03 |
| 11/04 | CHECK # 0000000102 | $(693.03) |  | $0.00 |
| **Totals** |  | $(3,090.57) | $0.00 |  |

### CHECKS PAID IN NUMERIC ORDER
(* indicates a break in the check sequence)

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 11/04 | $2,397.54 | 102 | 11/04 | $693.03 |  |  |  |

**Total Checks Paid:** $3,090.57

**As of November 30, 2010, the funds for this account were on deposit in the following institutions as shown below:**
Citi                                            $0.00
**Grand Total:**                    **$0.00**